**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TY PUCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:21-cv-00771-SMY |
| | ) |
| ROBINSON CORRECTIONAL | ) |
| CENTER, et al., | ) |
| | ) |
| Defendants. | ) |

## <u>NOTICE OF IMPENDING DISMISSAL</u>

**YANDLE, District Judge:**

Plaintiff's Complaint was dismissed without prejudice for failure to state a claim for relief and he was granted leave to file a First Amended Complaint on or before August 18, 2021.  (Doc. 10).  Because Plaintiff failed to provide his current address, the Order has been returned as undeliverable. (Doc. 11).

Under SDIL Local Rule 3.1 (b), Plaintiff is under a continuing obligation to keep the Clerk of Court informed of any change in his address.  Additionally, when this case was opened, Plaintiff was Ordered to notify the Court within seven days of any change in his address and was warned that failure to do so would result in dismissal of this case.  (Doc. 3).

Plaintiff is responsible for maintaining communication with the court concerning his suit and dismissal of this lawsuit is proper for his failure to do so.  *Buchanan v. Weaver*, 657 F. App'x 588, 590 (7th Cir. 2016).  However, Plaintiff will be given one last opportunity to pursue this case.

Accordingly, Plaintiff is **ORDERED** to update his address with the Clerk of Court within **fourteen (14) days** from the date of this Order.  Plaintiff's **failure to comply with this Order will**

result in dismissal of this action *without further notice* pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED:  August 30, 2021

*s/ Staci M. Yandle*
STACI M. YANDLE
United States District Judge